FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. _____2:20-cv-93-BSM_____

2020 MAY -7 A 9:48

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 07 2020
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**Jury Trial:** ☑ Yes ☐ No
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Tommie L. Parker Jr._
      ADC # _141109 (OLD)(I'm Max FLat ON PAROLE)_

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      Name of plaintiff: _____      This case assigned to District Judge **Miller**
      ADC # _____                                   ~~and to Magistrate Judge **Harris**~~

      Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _West Memphis Police Department_

      Position: _All_

      Place of employment: _WMPA_

      Address: _N^th 7th Street   West Memphis  Ar, 72301_

Lt Hines ←  Name of defendant: ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

      Position: ~~~~~~~~~~~~~~~~~~~~~~~~~ Lt. At the Dep
                                          Critt. County Sheriffs Dept.

-4-

On Back

All Defendants are on Back

Place of employment: Critt. County Detention Center

Address: 350 Afco Road West Memphis, Ar 72301

Name of defendant: Mrs. Long

Position: Officer of the Critt. County Jail

Place of employment: Crittenden County Sheriffs Office

Address: 350 Afco Road West Memphis, Ar 72301

Name of defendant: ~~Sheriff Allen~~ Michael Allen

Position: Sheriff of Crittenden County

Place of employment: Crittenden County Sheriffs Department

Address: 350 AFCO Road West Memphis, Ar 72301

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

1. West Memphis Police Department

2. Critt County Sheriff's Office / Detention Center

3. The STATE OF ARKANSAS.

    ☐    Court (if federal court, name the district; if state court, name the county):

_____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.    Place of present confinement: _Critt County Detention Center_

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    __X__ in jail and still awaiting trial on pending criminal charges

    _____ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes _X_   No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _yes 2 times, but there is no way to tell because they do all of them on paper and it would be here say._

-6-

Yes ✓    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In June 2004 I was Charged as a juvenile for Sexual Assault. I was sentenced to a treatment facility called Piney Ridge for 6 months. I ended up doing 10-11 months and had to appear in court upon release and was informed at that time I had to Register as a Sex Offender. To my Knowledge I was only supposed to have to Register for or until I was 18 years of age. I haunt had suffecent councel enough to help me out at all. The Statue of limitations say that I am supposed to have to register for or till I'm 18 or 15 years witch ever one is less I'm passed both. I'm being held at the Critt County Detention Center right now being held for 9 months because they dont want to give me an offer and get a free 9 months out of me. I have yet to get or see a warrant to even know why I'm being held. I only knew from My Family telling me that they put me on the news to Defame

(on Back)

-71-

I was a level 1 also so why was I put on Television
Like I comitted a new offense. ~~xxxxxxxx~~ I have not had
or committed such crime since 2004.

VIII.   Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I am suing for 300,000 for the following 1. False Imprisonment 2. Mental Anguish 3. Pain and Suffering

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this <u>01</u> day of <u>May</u>, 20 <u>20</u>.

TOMMIE L. PARKER JR.

_Tommie L. Parker Jr._
Signature(s) of plaintiff(s)

-8-

TOMMIE L. PARKER JR.

350 AFCO ROAD

WEST MEMPHIS, AR

72301 - 710150

UNITED STATES DISTRICT
CLERKS OFFICE
RICHARD SHEPPARD UNIT
STATES COURTHOUSE
600 WEST CAPITOL AV
SUITE A - 149
LITTLE ROCK, AR