IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMIE L. PARKER, JR.**                                                                      **PLAINTIFF**

v.                                  **CASE NO. 2:20-CV-00093-BSM**

**WEST MEMPHIS**
**POLICE DEPARTMENT,** *et al.*                                                           **DEFENDANTS**

## ORDER

Consistent with the order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of October, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE